UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTONIO CASARES-CUEVAS,<br><br>    Defendant. | Case No. 3:12-cr-00038-HDM-VPC<br>Case No. 3:24-cv-00348-HDM<br><br>ORDER |

Before the court is the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 261). On September 17, 2024, the court ordered the defendant to show cause why his § 2255 motion should not be dismissed as untimely and for failure to state a claim. (ECF No. 262). The defendant was advised that failure to file a timely response would result in dismissal of the motion. The defendant has not responded to the court's order, and the time for doing so has expired. Accordingly, for the reasons set forth in the court's order of September 17, 2024, the defendant's § 2255 motion (ECF No. 261) is DISMISSED.

IT IS SO ORDERED.

DATED: This 7th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE